IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KAMEON SUPREME AARON**
**ADC #129521**                                                                                             PETITIONER

v.                                      No. 4:22-cv-1112-DPM

**DOE; ARKANSAS DIVISION**
**OF CORRECTIONS; ARKANSAS**
**SENTENCING COMMISSION;**
**and ARKANSAS ATTORNEY**
**GENERAL'S OFFICE**                                                                       RESPONDENTS

## ORDER

**1.**     Aaron has filed a habeas petition and a separate § 1983 lawsuit challenging the Arkansas Department of Corrections's interpretation of Ark. Code. Ann. § 16-93-609. The Court is reviewing the deep issues in Aaron's cases in concert with related lawsuits. To clear the way to those deep issues, the Court will rule on some of Aaron's pending motions now.

**2.**     First motion for leave to proceed *in forma pauperis*, *Doc. 1*, denied as moot. Aaron's second motion, *Doc. 5*, remains pending.

**3.**     Motion to name additional defendants, *Doc. 4*, denied. If Aaron wants to amend his petition to name other defendants, he must comply with the Federal Rules of Civil Procedure and Local Rule 5.5(e), which is attached to this Order.

**4.** Motion for appointment of counsel, *Doc. 7*, denied without prejudice. *Morris v. Dormire*, 217 F.3d 556, 558-59 (8th Cir. 2000).

**5.** Motion to submit memorandum, *Doc. 9*, granted with a caveat. Aaron's memorandum can remain on the docket. But going forward, Aaron should not clutter the docket with legal arguments and what he considers evidence relevant to his case. Those matters should be raised in motions and responses to motions.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>13 February 2023</u>