IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KAMEON SUPREME AARON
ADC #129521                                                             PETITIONER

v.                          No. 4:22-cv-1112-DPM

DOE; ARKANSAS DIVISION
OF CORRECTIONS; ARKANSAS
SENTENCING COMMISSION;
and ARKANSAS ATTORNEY
GENERAL'S OFFICE                                                     RESPONDENTS

ORDER

Aaron filed a § 2241 petition and a separate § 1983 lawsuit challenging the Arkansas Department of Corrections's interpretation of Ark. Code. Ann. § 16-93-609. Like the claims in the lead case, *Davis v. Arkansas Department of Corrections*, Case No. 4:22-cv-1140-DPM (E.D. Ark.), his claims are now moot. *See* 2023 Ark. Acts 683. His amended petition will be dismissed without prejudice. Motion, *Doc. 5*, denied as moot, too.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 January 2024