IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KAMEON SUPREME AARON
ADC #129521                                                                          PETITIONER

v.                               No. 4:22-cv-1112-DPM

DOE;  ARKANSAS DIVISION
OF CORRECTIONS;  ARKANSAS
SENTENCING COMMISSION;
and ARKANSAS ATTORNEY
GENERAL'S OFFICE                                                                 RESPONDENTS

## JUDGMENT

Aaron's amended § 2241 petition is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 January 2024